THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUSTIN MARLETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KARIN BERKHOLTZ, *et al.*,<br><br>　　　　Defendants. | CASE NO. C21-0787-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court *sua sponte*. Plaintiff has secured the Clerk's entry of default against Defendants Ric Berkholtz and Karin Berkholtz. (Dkt. Nos. 12, 17.) On May 4, 2022, Plaintiff moved for default judgment (Dkt. No. 23). On June 3, 2022, both Defendants separately moved to vacate "default judgment" in addition to requests for an extension of time to respond and dismissal of this matter. (*See* Dkt. Nos. 26, 27.) In the interest of judicial efficiency, the Court shall consider the motion for default judgment after Defendants' motions have noted and Plaintiff has been given time to respond to them.

　　　The Clerk is therefore DIRECTED to renote Defendant's motion for default judgment (Dkt. No. 23) to June 24, 2022.

//

MINUTE ORDER
C21-0787-JCC
PAGE - 1

DATED this 6th day of June 2022

            Ravi Subramanian
            Clerk of Court

            s/Sandra Rawski
            Deputy Clerk