UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUSTIN MARLETT,<br><br>         Plaintiff,<br><br>    v.<br><br>KARIN BERKHOLTZ,<br><br>         Defendant. | Case No. C21-787-JCC-SKV<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Given Plaintiff's Notice of Voluntary Dismissal of Claims as to Defendant Ric Berkholtz, Dkt. 29, the Motion to Vacate Default and Dismiss earlier filed by Ric Berkholtz, Dkt. 26, is STRICKEN as moot.  This matter now proceeds only in relation to Defendant Karin Berkholtz.

Dated this 21st day of June, 2022.

Ravi Subramanian
Clerk of Court

By: Stefanie Prather
Deputy Clerk

MINUTE ORDER - 1