UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DUSTIN MARLETT,

          Plaintiff,

   v.

KARIN BERKHOLTZ

          Defendant.

Case No. C21-787-JCC-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Defendant Karin Berkholtz currently has two motions to vacate default pending. Dkts. 27 & 33. She filed the earlier motion pro se, prior to entry of a Notice of Appearance by counsel on her behalf and prior to counsel's filing of a more detailed Motion to Vacate Default and Response to Motion for Entry of Default Judgment. *See id*. Accordingly, the earlier-filed motion, Dkt. 27, is herein STRICKEN as duplicative.

Dated this 6th day of July, 2022.

                                                Ravi Subramanian
                                                Clerk of Court

                                                By: Stefanie Prather
                                                     Deputy Clerk

MINUTE ORDER - 1