THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DUSTIN MARLETT,

                Plaintiff,

       v.

KARIN BERKHOLTZ,

                Defendant.

CASE NO. C21-0787-JCC-SKV

ORDER

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 40).

2. Defendant's Motion to Vacate Default (Dkt. No. 33), is GRANTED, and Plaintiff's Motion for Default Judgement (Dkt. No. 23), is DENIED.

3. Defendant is ORDERED to file a responsive pleading to Plaintiff's Complaint within **fourteen (14) days** of this Order.

4. The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

//

//

ORDER
C21-0787-JCC-SKV
PAGE - 1

DATED this 26th day of August, 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE