UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DUSTIN MARLETT,

          Plaintiff,

   v.

KARIN BERKHOLTZ,

          Defendant.

Case No. C21-787-JCC-SKV

BANKRUPTCY STAY ORDER

     Defendant Karin Berkholtz submitted notice of her pending bankruptcy action under Chapter 13 of the Bankruptcy Code, filed with the United States Bankruptcy Court for the District of Minnesota. Dkt. 48. As the filing of the bankruptcy petition invokes the provisions of the automatic stay under 11 U.S.C. § 362 with respect to Defendant, the Court hereby ORDERS:

     (1)    The present action is STAYED and shall be removed from the active caseload of the Court until further application from the parties;

     (2)    All dates set by this Court are STRICKEN;

     (3)    The parties are directed to notify the Court within **thirty (30) days** of the final resolution of the bankruptcy petition; and

BANKRUPTCY STAY ORDER - 1

(4)     The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 17th day of November, 2022.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

BANKRUPTCY STAY ORDER - 2